# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DREMA CAMBRE, individually and on behalf of all others similarly situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**RIVERLANDS HOME GROUP, L.L.C. D/B/A CHATEAU ST. JAMES REHAB AND RETIREMENT AND PRIORITY MANAGEMENT GROUP, L.L.C.**<br><br>**Defendants.** | Civil Action No. _____<br><br>District Judge _____<br><br>Magistrate Judge _____ |

## NOTICE OF REMOVAL BY DEFENDANTS, RIVERLANDS HOME GROUP, L.L.C. D/B/A CHATEAU ST. JAMES REHAB AND RETIREMENT AND PRIORITY MANAGEMENT GROUP, L.L.C.

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants, Riverlands Home Group, L.L.C. d/b/a Chateau St. James Rehab and Retirement, and Priority Management Group, L.L.C., file this Notice of Removal to the United States District Court for the Eastern District of Louisiana on the basis of federal question and supplemental jurisdiction, and respectfully show:

### I.   FACTUAL AND PROCEDURAL BACKGROUND

1. On April 27, 2022, Drema Cambre, individually and on behalf of all others similarly situated ("Plaintiff"), filed her Class Action Petition for Damages and Injunctive Relief (the "Class Action Petition") styled *Drema Cambre, individually and on behalf of all others similarly situated v. Riverlands Home Group, L.L.C. d/b/a Chateau St. James Rehab and Retirement and Priority Management Group, L.L.C.*, Civil Suit No. 40840-D, in the 23rd Judicial District Court for the Parish of St. James, State of Louisiana.

2. Plaintiff served Defendants with a copy of the Class Action Petition on May 3, 2022.

3. Pursuant to 28 U.S.C. § 1446(b), Defendants must file their notice of removal in the district court within 30 days of receipt of the Class Action Petition—no later than June 2, 2022. In addition, this Notice of Removal is being filed within one year of the commencement of this action. Therefore, this Notice of Removal, filed May 27, 2022, is timely.

4. All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a). A copy of this Notice is also concurrently being filed with the state court and served upon the Plaintiff.

5. Venue is proper in this Court under 28 U.S.C. 1441(a) because this district embraces St. James Parish, Louisiana, the place where the removed action has been pending.

## II.   BASIS FOR REMOVAL

6. Removal is proper based on federal question and supplemental jurisdiction under 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

7. The Class Action Petition alleges violations of federal law, in particular, 42 C.F.R. § 483.1, *et seq.*, over which the district court has original jurisdiction under 28 U.S.C. § 1331. *See* Class Action Petition at ¶¶ 10-12, and 32.

8. The Class Action Petition also alleges violations of state law, including the Louisiana Residents' Bill of Rights, La. R.S. 40:2010.8, *et seq.*; La. C.C. art. 2315; and La. Admin Code tit. 48, Pt. I, §§ 9701, *et seq.*; and seeks injunctive relief pursuant to La. R.S. 40:2010.9 and La. C.C.P. art. 3601. The district court has supplemental jurisdiction over these claims under 28 U.S.C. § 1367.

## III.   CONCLUSION AND PRAYER

All requirements are met for removal under 28 U.S.C. §§ 1331, 1367, 1441, and 1446. Accordingly, Defendants, Riverlands Home Group, L.L.C. d/b/a Chateau St. James Rehab and

Retirement, and Priority Management Group, L.L.C., respectfully remove this case to this Court for trial and determination.

Dated: May 27, 2022                    Respectfully submitted,

                                           **FAIRCLOTH MELTON SOBEL & BASH, LLC**

                                           By:   */s/ Jimmy R. Faircloth, Jr.*
                                                  Jimmy R. Faircloth, Jr. (T.A.)(La. #20645)
                                                  jfaircloth@fairclothlaw.com
                                                  Mary Katherine Price (La. #38576)
                                                  kprice@fairclothlaw.com
                                                  Richard F. Norem, III (La. #38849)
                                                  enorem@fairclothlaw.com
                                                  105 Yorktown Drive
                                                  Alexandria, Louisiana 71303
                                                  Telephone: (318) 619-7755
                                                  Facsimile: (318) 619-7744

                                                  ***Attorneys for Defendants, Riverlands Home Group, L.L.C. d/b/a Chateau St. James Rehab and Retirement, and Priority Management Group, L.L.C.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the above and foregoing for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record. The undersigned further certifies that a true and correct copy of the foregoing was served on the following via electronic transmission:

Matthew M. Coman
Jordan M. Jeansonne
**Garcia & Artigliere**
400 Poydras Tower
400 Poydras Street, Suite 2045
New Orleans, LA 70130
edocs@lawgarcia.com

Stephen M. Huber
Christopher Whelen
**Huber Thomas & Marcelle LLP**
1100 POoydras Street, Suite 2200
New Orleans, LA 70163
stephen@huberthomaslaw.com
christopher@huberthomaslaw.com

Alexandria, Louisiana, this 27th day of May, 2022.

                                          */s/ Jimmy R. Faircloth, Jr.*
                                             OF COUNSEL